UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MUSAB ZGHUOUL, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-07702-DMR<br><br>**ORDER TO SHOW CAUSE** |

On November 19, 2025, the court ordered Plaintiff Gerardo Hernandez to "file a status report indicating how he intends to proceed in this action." [Docket No. 26.] Plaintiff's status report was due November 26, 2025. *Id.* The court warned Plaintiff that "[f]ailure to timely file a status report may result in a recommendation that the case be dismissed for failure to prosecute." *Id.* (emphasis in the original).

As of the date of this order, Plaintiff has not filed a status report. Accordingly, the court orders Plaintiff to show cause why the court should not recommend that his case be dismissed for failure to prosecute. Plaintiff's response shall also address how he intends to prosecute his lawsuit.

Plaintiff's written response is due **by December 5, 2025**. If Plaintiff fails to timely respond to this order, the court will recommend that his case be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 2, 2025

_____
Donna M. Ryu
Chief Magistrate Judge