UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERARDO HERNANDEZ,

Plaintiff,

v.

MUSAB ZGHUOUL, et al.,

Defendants.

Case No.  24-cv-07702-ASK

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 35

On March 3, 2026, the Court ordered counsel for Plaintiff Gerardo Hernandez to submit supplemental briefing by April 3, 2026. Dkt. 35 ("Order"). That deadline has now passed, and Plaintiff has filed no such briefing.

The Court orders Plaintiff to show cause for why this case should not be dismissed for failure to prosecute. Plaintiff shall have until April 13, 2026, to show such cause and to submit supplemental briefing in accordance with the Court's earlier Order. Failure to do so may result in dismissal for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 6, 2026

AJAY KRISHNAN
United States Magistrate Judge